**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   JEROME L GANDY                    §
        MARIE A GANDY                    §     Case No.: 10-06059
                                                 §
                                                 §
                                                 §
        Debtor(s)                                §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/16/2010.

2) This case was confirmed on 04/05/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/18/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/24/2011, 04/21/2011, 09/27/2011, 09/27/2011.

5) The case was dismissed on 11/28/2011.

6) Number of months from filing to the last payment: 21

7) Number of months case was pending: 24

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    57,920.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 11,762.50 |
| Less amount refunded to debtor | $ | 362.51 |
| **NET RECEIPTS** | $ | 11,399.99 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 648.50 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 4,148.50 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITIFINANCIAL AUTO | SECURED | 8,850.00 | 16,731.57 | 16,110.00 | 6,468.27 | 744.22 |
| NATIONWIDE COMMERCIA | UNSECURED | 4,619.00 | 5,229.40 | 5,229.40 | .00 | .00 |
| UNITED AUTO CREDIT C | UNSECURED | NA | 975.73 | 975.73 | .00 | .00 |
| CITIFINANCIAL AUTO | UNSECURED | 7,260.00 | .00 | 621.57 | .00 | .00 |
| BLUEGREEN CORP | SECURED | 1,000.00 | .00 | .00 | .00 | .00 |
| BLUEGREEN CORP | UNSECURED | 6,000.00 | .00 | .00 | .00 | .00 |
| ROARK TIMESHARE | SECURED | 1,000.00 | .00 | .00 | .00 | .00 |
| ROARK TIMESHARE | UNSECURED | 1,000.00 | .00 | .00 | .00 | .00 |
| UNITED AUTO CREDIT C | SECURED | 923.00 | .00 | .00 | .00 | .00 |
| WYNDAM VACATION RESO | SECURED | 1,000.00 | .00 | .00 | .00 | .00 |
| WYNDAM VACATION RESO | UNSECURED | 4,000.00 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 7,000.00 | 9,330.55 | 9,330.55 | .00 | .00 |
| US CELLULAR | UNSECURED | 282.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 4,429.00 | 4,544.13 | .00 | .00 | .00 |
| ECMC | UNSECURED | 3,641.00 | 3,735.22 | .00 | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| ADVOCATE TRINITY HOS | UNSECURED | 1.00 | 150.00 | 150.00 | .00 | .00 |
| AFLAC | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 179.00 | NA | NA | .00 | .00 |
| PEOPLES GAS | UNSECURED | 607.00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 305.00 | 105.17 | 105.17 | .00 | .00 |
| APPLIED BANK | UNSECURED | 2,170.00 | 2,170.13 | 2,170.13 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | UNSECURED | 932.00 | 566.37 | 566.37 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1.00 | 189.84 | 189.84 | .00 | .00 |
| BREMEN HS DISTRICT 2 | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| BRIDAL PREVIEW | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| BRYANT & STRATTON | OTHER | .00 | NA | NA | .00 | .00 |
| BUDS AMBULANCE SERVI | UNSECURED | 747.50 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 206.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 1,082.00 | 1,097.60 | 1,097.60 | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | 1,328.40 | NA | NA | .00 | .00 |
| COLLECTION CO OF AME | UNSECURED | 198.64 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 500.00 | 401.85 | 401.85 | .00 | .00 |
| CITY OF MARKHAM | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF OAK PARK | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| CMNTYPRP MNG | UNSECURED | 2,372.00 | NA | NA | .00 | .00 |
| LOUIS KOROMPI | UNSECURED | 195.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,500.00 | 1,259.44 | 1,259.44 | .00 | .00 |
| COMER CHILDRENS HOSP | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| COMMERICAL RECOVERY | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| WOW CABLE | UNSECURED | 448.00 | NA | NA | .00 | .00 |
| COMCAST CHICAGO | UNSECURED | 158.00 | NA | NA | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | 135.00 | NA | NA | .00 | .00 |
| NELNET | UNSECURED | 4,429.00 | 4,629.88 | .00 | .00 | .00 |
| DEX | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| DREXEL PROPERTIES | UNSECURED | 2,500.00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | UNSECURED | 2,300.00 | NA | NA | .00 | .00 |
| HYDE PARK ACADEMY | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 500.00 | 28.32 | 28.32 | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| INNOVATIVE RESOURCE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| JAMES STEVENS & DANI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| JCITRON LAW | UNSECURED | 9,305.00 | NA | NA | .00 | .00 |
| MITCHELL N KAY | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 200.00 | 199.58 | 199.58 | .00 | .00 |
| MCCARTHY BURGESS & W | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| MILLENIUM CREDIT CON | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| NELSON WATSON & ASSO | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,160.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 619.00 | 655.43 | 655.43 | .00 | .00 |
| OAK FOREST HOSPITAL | UNSECURED | 350.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| VATIV RECOVERY SOLUT | UNSECURED | 1.00 | 1,025.69 | 1,025.69 | .00 | .00 |
| PARKNATBK | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 629.00 | 569.85 | 569.85 | .00 | .00 |
| TCF BANK | UNSECURED | 62.00 | NA | NA | .00 | .00 |
| PROGRESSIVE FINANCE | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| ROARK VACATION TRAVE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| ROI SERVICES | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 6,660.00 | 7,019.23 | .00 | .00 | .00 |
| ECMC | UNSECURED | 2,187.00 | 2,187.75 | .00 | .00 | .00 |
| SILVERLEAF RESORTS I | OTHER | 1.00 | NA | NA | .00 | .00 |
| SUPERIOR MUSIC SERVI | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| MCGRTAH CLINIC | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| NIPSCO | UNSECURED | 408.00 | NA | NA | .00 | .00 |
| UNITED FINANCIAL SER | UNSECURED | 400.00 | 400.00 | 400.00 | .00 | .00 |
| US BANK | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 20,296.00 | 21,439.68 | 21,439.68 | .00 | .00 |
| ECMC | UNSECURED | 6,009.00 | 12,143.45 | .00 | .00 | .00 |
| ECMC | UNSECURED | 5,691.00 | 10,405.78 | .00 | .00 | .00 |
| WELLS FARGO/CCG COLL | UNSECURED | 3,233.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO/CCG COLL | UNSECURED | 3,218.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO/CCG COLL | UNSECURED | 2,004.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO/CCG COLL | UNSECURED | 1,619.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO/CCG COLL | UNSECURED | 772.00 | .00 | .00 | .00 | .00 |
| AT&T | UNSECURED | 188.00 | NA | NA | .00 | .00 |
| WESTGATE RESORT | OTHER | 1.00 | NA | NA | .00 | .00 |
| WEXFORD & JAMES | UNSECURED | 4,000.00 | NA | NA | .00 | .00 |
| EDDIE HENDERSON | OTHER | .00 | NA | NA | .00 | .00 |
| US CELLULAR | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 359.12 | 359.12 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 39.00 | 39.00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 1,035.32 | 1,035.32 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 506.92 | 506.92 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 16,110.00 | 6,468.27 | 744.22 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 16,110.00 | 6,468.27 | 744.22 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 9,876.47 | 39.00 | .00 |
| **TOTAL PRIORITY:** | 9,876.47 | 39.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 38,480.09 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,148.50 |
| Disbursements to Creditors | $ | 7,251.49 |
| **TOTAL DISBURSEMENTS:** | $ | 11,399.99 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   02/27/2012                              /s/ Tom  Vaughn
                                                 Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**